INDEX # : 10 CIV 8400
Date Filed:
Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: Jonathan D. Davis, P.C.   PH: 212-687-5464
Address: 99 Park Avenue, Suite 1600  New York  NY  10016   File No.:

*COACH, INC, ET ANO*

vs

*USA TIGER GROUP, INC, ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____ Cory Banks _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __November 23, 2010__ at __9:30AM__,
at __135 WEST 29TH STREET, NEW YORK, NY 10001__, deponent served the within __Summons and Complaint__

on: __USA TIGER GROUP, INC.__, __Defendant__ therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]  By delivering thereat a true copy of each to __JOHN "SMITH"__ personally, deponent knew the person so served to be the __MANAGING AGENT__ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ _____ a person of suitable age and discretion.
Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY  On _____, deponent completed service by depositing a true copy of each document to the Defendant at
135 WEST 29TH STREET, NEW YORK, NY 10001
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

#6 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: __Asian__   Color of hair: __Black__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on __November 23, 2010__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067484, Westchester County
Commission Expires Oct.15, 2014

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 10030532

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM

INDEX # :     10 CIV 8400
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF** _____

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: Jonathan D. Davis, P.C.   PH: 212-687-5464
Address:   99 Park Avenue, Suite 1600  New York  NY 10016   File No.:

*COACH, INC, ET ANO*

vs

*USA TIGER GROUP, INC, ET AL*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____ Cory Banks _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __November 23, 2010__ at __9:30AM__, at _____ 135 WEST 29TH STREET, NEW YORK, NY 10001 _____, deponent served the within _____ Summons and Complaint _____

on: _____ USA TIGER GROUP, INC, _____, _____ **Defendant** _____ therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering thereat a true copy of each to _____ JOHN "SMITH" _____ personally, deponent knew the person so served to be the _____ MANAGING AGENT _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** ☐ On _____, deponent completed service by depositing a true copy of each document to the Defendant at 135 WEST 29TH STREET, NEW YORK, NY 10001 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York ☐ and Certified Mail # _____

**#6 DESCRIPTION** ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: __Asian__   Color of hair: __Black__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** ☐ The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** ☐

Sworn to before me on _____ November 23, 2010 _____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2014

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 10030532

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*