UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : ECF Case |
| Plaintiffs, | : |
| | : No. 10-CV-8400 (DLC) |
| -against- | : |
| | : **NOTICE OF APPEARANCE** |
| USA TIGER GROUP INC., FU YIN SHAO and DOES 1 THROUGH 10, | : |
| | : FILED ELECTRONICALLY |
| Defendants. | : |
| | : |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants USA TIGER GROUP INC. and Fu Yin Shao, herein, and request that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
       December 1, 2010

                                         COWAN, LIEBOWITZ & LATMAN, P.C.

                                         By:   /s/ Arlana S. Cohen

                                            Arlana S. Cohen (asc@cll.com)

                                         1133 Avenue of the Americas
                                         New York, New York 10036
                                         212-790-9200

                                         *Attorney for Defendants USA TIGER GROUP INC.*
                                              *and FU YIN SHAO*