UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

COACH, INC. and COACH SERVICES, INC.,

                Plaintiffs,

    -against-

USA TIGER GROUP INC., FU YIN SHAO and
DOES 1 THROUGH 10,

                Defendants.

------------------------------------------------------------------ x

Civil Action No. 10-cv-08400
(DLC)

**RULE STATEMENT 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant, USA Tiger Group Inc. certify that it is not publicly held and has no parent corporations that are publicly held or that owns 10% or more of its stock.

Dated:  New York, New York
          December 14, 2010

                                        COWAN, LIEBOWITZ & LATMAN, P.C.

                                        By: _____
                                                Arlana S. Cohen
                                        1133 Avenue of the Americas
                                        New York, New York 10036
                                        Tel: (212) 790-9237
                                        Fax: (212) 575-0671
                                        Attorneys for Defendants USA Tiger Group Inc.
                                            and Fu Yin Shao

1211208.1