## CERTIFICATE OF SERVICE

JONATHAN D. DAVIS declares as follows:

I am not a party to this action, am over 18 years of age and reside in the City, County and State of New York. On January 3, 2011, I caused a true copy of the Notice of Initial Pretrial Conference, dated December 7, 2010, to be served by First Class Mail upon Arlana S. Cohen, Esq., Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on January 3, 2011.

_____
JONATHAN D. DAVIS