```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
COACH, INC. and COACH SERVICES, INC.,    :   10 CIV. 8400 (DLC)
                                         :
                    Plaintiffs,          :      PRETRIAL
                                         :   SCHEDULING ORDER
          -v-                            :
                                         :
USA TIGER GROUP INC., FU YIN SHAO and DOES:
1 THROUGH 10,                            :
                    Defendants.          :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-2011

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on January 21, 2011, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Any agreement by the parties regarding electronic discovery shall be made by **January 28, 2011**.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 18, 2011**.

3. No additional parties may be joined or pleadings amended after **February 25, 2011**.

4. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **May 27, 2011** in order to pursue settlement discussions under his supervision.

5. All fact discovery must be completed by **July 29, 2011**.

6. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden on an issue must be served by **August 26, 2011**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **September 16, 2011**.

7. All expert discovery must be completed by **October 14, 2011**.

8.  The following motion will be served by the dates indicated below.

    Any summary judgment motion

    -   Motion served by **November 11, 2011**
    -   Opposition served by **December 2, 2011**
    -   Reply served by **December 16, 2011**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

9.  In the event no motion is filed, the Joint Pretrial Order must be filed by **November 11, 2011**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         January 24, 2011

                                        _____
                                               DENISE COTE
                                        United States District Judge