UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
                                              :
COACH, INC. and COACH SERVICES, INC.,         :
                                              :   10 Civ. 8400 (DLC) (GWG)
                Plaintiffs,                   :
                                              :       ORDER OF
           -v-                                :    REFERENCE TO A
                                              :   MAGISTRATE JUDGE
USA TIGER GROUP INC., FU YIN SHAO and         :
DOES 1 THROUGH 10,                            :
                Defendants.                   :
                                              :
---------------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

___ General Pretrial (includes          ___ Consent under 28 U.S.C. §
    scheduling, discovery, non-             636(c) for all purposes
    dispositive pretrial motions,           (including trial)
    and settlement)

___ Specific Non-Dispositive            ___ Consent under 28 U.S.C. §
    Motion/Dispute                          636(c) for limited purpose
                                            (e.g., dispositive motion,
                                            preliminary injunction)
    _____                   Purpose:

                                            _____

    If referral is for discovery        ___ Habeas Corpus
    disputes when the District
    Judge is unavailable, the
    time period of the referral:

    _____

 X  Settlement                          ___ Social Security


Dated:    New York, New York
          January 24, 2011

                                    _____
                                           DENISE COTE
                                    United States District Judge