# JONATHAN D. DAVIS, P.C.
### ATTORNEYS AT LAW

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016

TEL: (212) 687-5464
FAX: (212) 557-0565
WWW.JDDAVISPC.COM

**MEMORANDUM ENDORSED**

May 26, 2011

```
SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11
```

**VIA FACSIMILE**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Coach, Inc. v. USA Tiger Group, Inc. et al.*
     10 Civ. 8400 (DLC) (GWG)

Dear Judge Gorenstein:

  We are the attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc. in the above-referenced action.

  We write jointly with counsel for Defendants USA Tiger Group Inc. and Fu Yin Shao to request that the Court adjourn the settlement conference scheduled for Thursday, June 9, 2011 at 2:30 p.m.

  The Deputy Clerk has tentatively rescheduled the settlement conference for Wednesday, July 27, 2011 at 2:30 p.m., and the parties have agreed to this date.

  On behalf of all counsel, we respectfully request that the Court adjourn the settlement conference to the proposed date.

Respectfully submitted,

Jonathan D. Davis

JDD:lh

cc: Arlana S. Cohen, Esq. (Via PDF/E-mail)

*[Handwritten endorsement:]* Ok - letters due 7/22 at noon

SO ORDERED: Date: 5/26/2011
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

TOTAL P.02