## JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016

TEL: (212) 687-5464
FAX: (212) 557-0565
WWW.JDDAVISPC.COM



June 24, 2011

**VIA HAND DELIVERY**

The Honorable Denise L. Cote
United States District Judge
United States District Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

      Re:  Coach, Inc. v. USA Tiger Group, Inc. et al.
           10 Civ. 8400 (DLC)

Dear Judge Cote:

      We are the attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc. ("Coach") in the above-referenced action.

      We write jointly with counsel for Defendants USA Tiger Group Inc. and Fu Yin Shao ("Defendants") to request that the Court extend the Pretrial Scheduling Order, dated January 24, 2011, by 45 days, or alternatively, allow the parties to adjust the internal dates of the existing scheduling order without changing the deadlines for summary judgment motions or the Pretrial Order. Enclosed is a proposed revised scheduling order.

      The parties are exchanging written discovery, and Coach has noticed Defendant Shao's deposition for July 11, 2011. Coach has received Defendants' first production of documents. However, because many of the documents are in Chinese, Coach will need to work with a translator to properly review the documents before deposing the witness. Coach has agreed to adjourn the deposition to set a mutually convenient date for counsel.

      A settlement conference is scheduled for July 27, 2011 before Magistrate Judge Gorenstein. In light of the progress of discovery, the additional time requested will give the parties an opportunity to focus on resolving the matter without having to expend the time and cost to conduct further discovery.

The Honorable Denise L. Cote
June 24, 2011
Page 2

      On behalf of all counsel, we respectfully request that the Court extend the Pretrial Scheduling Order by 45 days, or alternatively, allow the parties to stipulate to an extension of the internal discovery dates. This is the parties' first request for an extension of time.

Respectfully submitted,

Jonathan D. Davis

JDD:lh
Enclosure

cc: Arlana S. Cohen, Esq. (Via PDF/E-mail)

*[Handwritten note:]* On consent, the parties may adjust the interim scheduling dates so long as the November 11 date for a summary judgment motion or pretrial order remains firm.

Denise Cote
June 27, 2011