UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
COACH, INC. and COACH SERVICES, INC.,   :
                        Plaintiffs,     :        10 Civ. 8400 (DLC)
                                        :
                -v-                     :          ORDER OF
                                        :        DISCONTINUANCE
USA TIGER GROUP INC., FU YIN SHAO and   :
DOES 1 THROUGH 10,                      :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

        It having been reported to this Court that this case has

been settled, it is hereby

        ORDERED that the above-captioned action is hereby

discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application

to restore the action is made within thirty days.

        SO ORDERED:

Dated:    New York, New York
          August 8, 2011

                                _____
                                        DENISE COTE
                                United States District Judge