

## JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016

TEL (212) 687-5464
FAX (212) 557-0565
WWW.JDDAVISPC.COM

September 1, 2011



**VIA HAND DELIVERY**

The Honorable Denise L. Cote
United States District Judge
United States District Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

9/6/11

Re: *Coach, Inc. v. USA Tiger Group, Inc. et al.*
10 Civ. 8400 (DLC)

Dear Judge Cote:

We are the attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach") in the above-referenced action, which has been discontinued, pursuant to your Honor's Order, dated August 8, 2011, subject to restoration to the active calendar upon application to the Court within thirty days.

We write jointly with counsel for Defendants USA Tiger Group Inc. and Fu Yin Shao to request that the Court allow an additional thirty days to restore the action to the Court's calendar. The parties continue to be actively engaged in memorializing the settlement in an acceptable written agreement and have exchanged comments to a draft agreement. However, due to counsel's schedules and the pressures of other matters, we will not be able to finalize the settlement agreement by September 7th.

On behalf of all parties, we respectfully request that the Court extend the date by which the parties may restore the case to the Court's active calendar by thirty days. This is the parties' first request for an extension of time. In the alternative, Coach

*The August 8, 2011 Order is extended to October 7, 2011.*

*Denise Cote*
*Sept. 6, 2011*

The Honorable Denise L. Cote
September 1, 2011
Page 2

respectfully requests that the Court restore the case to its active calendar.

Respectfully submitted,

Jonathan D. Davis

JDD:lh

cc:  Arlana S. Cohen, Esq. (Via PDF/E-mail)