## JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016

TEL (212) 687-5464
FAX: (212) 557-0565
WWW.JDDAVISPC.COM

10/10/20[..]

**MEMO ENDORSED**

October 5, 2011

**VIA HAND DELIVERY**

The Honorable Denise L. Cote
United States District Judge
United States District Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

OCT 06 2011

    Re: *Coach, Inc. v. USA Tiger Group, Inc. et al.*
       10 Civ. 8400 (DLC)

Dear Judge Cote:

    We are the attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach") in the above-referenced action, which has been discontinued pursuant to your Honor's Order, dated August 8, 2011, subject to restoration upon timely application to the Court. The original restore date, which the Court extended upon the parties' joint request, was September 7, 2011.

    We write jointly with counsel for Defendants USA Tiger Group Inc. and Fu Yin Shao to respectfully request that the Court extend the time to restore the action for an additional 30 days, from October 7 to November 7, 2011. Alternatively, Coach requests that the Court restore the action to the Court's active calendar. This is the parties' second request to extend the time to restore the action to the Court's calendar.

    Although the parties have narrowed the issues between them concerning the settlement agreement, the parties need more time to resolve thorny issues pertaining to the future use of certain marks. In addition, the extension is necessary to coordinate the agreement's execution and the Defendants' delivery of the first settlement payment.

The Honorable Denise L. Cote
October 5, 2011
Page 2

       The parties agree that the requested extension will help them complete these tasks and avoid litigating a dispute that is close to being resolved.

                                  Respectfully submitted,

                                  Jonathan D. Davis

JDD:hs

cc:  Arlana S. Cohen, Esq. (Via PDF/E-mail)

---

*[Handwritten note:]* The Clerk of Court shall reopen this action. Discovery shall be completed by December 16, 2011. Any summary judgment motion or a pretrial order is due January 20, 2012. There shall be no adjournment of the 1/20/12 date.

*Denise Cote*
*October 10, 2011*